Peter J. Geerlings, Appellee, v. Acme Feeds, Inc., Appellant.

Gen. No. 9,246.

opinion filed April 14, 1941. Harry B. Grundy and Edward E. Adams, for appellant; Benj. F. Cassiday, for appellee. Opinion by PRESIDING JUSTICE FULTON. "Not to be published in full."

Eleanor Babb and Blanche B. Dennison, Appellees, v. Hazel L. Babb, Appellant.

Gen. No. 9,260.

opinion filed April 14, 1941. Merrill H. Johnston, for appellant; Williams & Williams and Hogan & Coale, for appellees. Opinion by PRESIDING JUSTICE FULTON. "Not to be published in full."